# Court of Appeals, State of Michigan

## ORDER

Sean Hightower v Department of Transportation

Docket No.    348224

LC No.    18-000256-MD

Mark J. Cavanagh
Presiding Judge

Jane M. Beckering

Elizabeth L. Gleicher
Judges

The Court on its own motion, orders that the April 16, 2020 opinion is hereby AMENDED. The opinion is modified on section II with minor, non-substantive changes to eliminate an incomplete sentence.  The opinion is amended as follows:

The old opinion read:  to Hightower's brief on appeal, "once it is determined that a disability exists, the 180-day provisions is *automatically* invoked."

The new opinion reads:  According to Hightower's brief on appeal, "once it is determined that a disability exists, the 180-day provisions is *automatically* invoked."

In all other respects, the April 16, 2020, opinion remains unchanged.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

April 20, 2020
_____
Date

_____
Chief Clerk